UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

STEPHANIE WOODWARD,                                              **INDEX**

                                Plaintiff,                       Index No. E2021008146
                                                                 (New York State Supreme
                -v-                                              Court, Monroe County)

The CITY OF ROCHESTER, a municipal entity,
RICHARD ARROWOOD, ERIC SCHIFFMAN,
STEPHANIE BURGSTROM, "JOHN DOE POLICE
OFFICERS 1-200" (names and number of whom are
Unknown at present), TODD BAXTER, "RICHARD ROE
SHERIFF'S DEPUTIES 1-200" (names and number of
whom are unknown at present), and other unidentified
members of the Rochester Police Department and
Monroe County Sheriff's Office,

                                Defendants.

Index of Exhibits to the Notice of Removal:

Exhibit A -     Summons and Complaint filed with the Monroe County Clerk.

DATED:   November 9, 2021
         Rochester, New York           Yours, etc.,

                                       Patrick Beath, Deputy Corporation Counsel


                                       BY: _____
                                       CHRISTOPHER S. NOONE, Esq., of Counsel
                                       Attorneys for Defendants
                                       30 Church Street, Room 400A
                                       Rochester, New York 14614
                                       Telephone:  (585) 428-6753
                                       noonec@cityofrochester.gov

TO:   Roth & Roth, LLP
      Elliot Shields, Esq.
      Co-Counsel for Plaintiff
      192 Lexington Avenue, Suite 802
      New York, NY 10016
      Telephone:  (212) 245-1020

Easton Thompson Kasperek Shiffrin LLP
Donald Thompson, Esq.
Co-Counsel for Plaintiff
16 W. Main Street, Suite 243
Rochester, NY 14614
Telephone:  (585) 423-8290