CERTIFICATION

I HEREBY CERTIFY THAT on November 10, 2021, I caused to be electronically filed a Notice of Removal of this action to this court, the accompanying Index, and a Notice of Civil Action, all dated November 9, 2021, using the CM/ECF system which would then electronically notify the following CM/ECF participant on this case:

Roth & Roth, LLP
Elliot Shields, Esq.
Co-Counsel for Plaintiff
192 Lexington Avenue, Suite 802
New York, NY 10016
Telephone: (212) 245-1020

Easton Thompson Kasperek Shiffrin LLP
Donald Thompson, Esq.
Co-Counsel for Plaintiff
16 W. Main Street, Suite 243
Rochester, NY 14614
Telephone: (585) 423-8290

Patrick Beath, Deputy Corporation Counsel

BY: _____
CHRISTOPHER S. NOONE, Esq., of Counsel
Attorneys for Defendants
30 Church Street, Room 400A    City Hall
Rochester, New York 14614
Telephone: (585) 428-6753
noonec@cityofrochester.gov