**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| STEPHANIE WOODWARD,<br><br>            Plaintiffs,<br><br>-against-<br><br>THE CITY OF ROCHESTER, a municipal entity, RICHARD ARROWOOD, STEPHANIE BURGSTROM, ERIC SCHIFFMAN, "JOHN DOE POLICE OFFICERS 1-200" (names and number of whom are unknown at present), COUNTY OF MONROE, TODD BAXTER, "RICHARD ROE SHERIFF'S DEPUTIES 1-200" (names and number of whom are unknown at present), and other unidentified members of the Rochester Police Department and Monroe County Sheriff's Office,<br><br>            Defendants. | Case No. 21-cv-6685<br><br>**DECLARATION IN SUPPORT OF MOTION TO DISMISS** |

**Pursuant to 28 U.S.C. §1746, Maria E. Rodi, declares as follows:**

  1.  I am a Senior Deputy County Attorney acting of counsel to County Attorney John P. Bringewatt, attorney of record for the defendants, County of Monroe, Todd Baxter, and "Richard Roe" Monroe County Sheriff's Deputies 1-200, (the "County Defendants"), and I am fully familiar with the facts and circumstances of this action.

  2.  I submit this declaration in support of the County Defendants' motion pursuant Fed. R. Civ. P. Rule 12(b)(6) seeking dismissal of the Complaint as against the County Defendants, with prejudice.

  3.  Annexed hereto as **Exhibit A** is the Complaint filed by the plaintiffs in this action.

  4.  For the reasons set forth in the accompanying memorandum of law, the Complaint should be dismissed with prejudice as against the County Defendants.

  I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 2, 2022

                    *s/ Maria E. Rodi*
                    _____
                    Maria E. Rodi